Submitted on record and briefs June 8, reversed July 19, 2006

## STATE OF OREGON,
*Respondent,*

*v.*

## ROBERT W. STIRTON,
*Appellant.*

A129412

139 P3d 974

Roger Lee Clark filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams ,Solicitor General, and Seann C. Colgan, Assistant Attorney General, filed the brief for respondent.

Before Schuman, Presiding Judge, and Landau* and Ortega, Judges.

PER CURIAM

---

* Landau, J., *vice* Ceniceros, S. J.

## PER CURIAM

Defendant was convicted in Central Lane County Justice Court on 12 violations. He appealed to the Lane County Circuit Court and moved for a waiver of the filing fee. ORS 21.605(1)(a). The court denied defendant's motion. Defendant appeals, contending that the trial court's denial was an abuse of discretion because no evidence in the record contests any material in his affidavit of indigence and the court provided no explanation why it denied the motion. The state concedes that the court's denial was an abuse of discretion. We agree and accept the concession.

Reversed.